| | |
|---|---|
| **UNITED STATES COURT OF INTERNATIONAL TRADE** | **FORM 3** |

| | |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED,<br><br>                                                      Plaintiff,<br><br>                        v.<br><br>UNITED STATES,<br><br>                                                      Defendant. | **SUMMONS**<br><br>**Court No.  20-00133** |

**TO:**   The Attorney General, and the U.S. Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the U.S. Department of Commerce's determination described below.

                                                                                    **/s/ Mario Toscano**
                                                                                    Clerk of the Court

1.  Name and standing of plaintiff

   Plaintiff Saha Thai Steel Pipe Public Company Limited ("Saha Thai") is a foreign producer and exporter of subject merchandise.  Saha Thai fully participated as an interested party within the meaning of 19 U.S.C. § 1677(9)(A) in the scope inquiry proceeding before the U.S. Department of Commerce ("Commerce Department") that resulted in the contested final determination.  Accordingly, Saha Thai has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2.   Brief description of contested determination

   Plaintiff contests the Commerce Department's determination in the Final Scope Ruling regarding *Line Pipe and Dual-Stenciled Standard and Line Pipe from Thailand*, dated June 30, 2020, finding that dual-stenciled standard and line pipe from Thailand are within the scope of the antidumping duty order on Circular Welded Carbon Steel Pipes and Tubes from Thailand (Case No. A-549-502).

3. <u>Effective date of determination</u>

The Commerce Department issued its final scope ruling on June 30, 2020, in an unpublished decision (<u>attached</u>).

/s/ Daniel L. Porter

Daniel L. Porter

Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Tel. (202) 452-7373

*Counsel for Plaintiff Saha Thai Steel Pipe Public Company Limited*

July 17, 2020

## SERVICE OF SUMMONS BY THE CLERK

This Summons is being served on the following:

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Wilbur L. Ross Jr.
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
**U.S. DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444

**/s/ Mario Toscano**
Clerk of the Court