

U.S. Department of Justice

Civil Division

Telephone: (202) 616-0463
Facsimile:  (202) 305-7644

*Washington, DC 20530*

July 21, 2021

**BY ELECTRONIC COURT FILING**

The Honorable Stephen Alexander Vaden
The United States Court of International Trade
1 Federal Plaza
New York, New York 10278

Re: *Saha Thai Steel Pipe Public Company Limited v. United States*,
    No. 20-133 (Ct. Int'l Trade)

During the hearing on July 15, 2021, the Court directed the United States to file a letter indicating whether the United States Department of Commerce (Commerce) or the United States International Trade Commission (ITC) has referred to dual-stenciled pipe as standard pipe. *See also* Minute Order, July 15, 2021, ECF No. 48.

The scope language of antidumping orders concerning the following countries expressly recognized that dual-stenciled pipe is standard pipe:

> **Brazil, Mexico, and Korea**: Standard pipe that is dual or triple certified/stenciled that enters the U.S. as line pipe of a kind used for oil or gas pipelines is also not included in the orders.

> **Taiwan**: Standard pipe that is dual or triple certified/stenciled that enters the U.S. as line pipe of a kind or used for oil and gas pipelines is also not included in the scope of the order.

*Certain Circular Welded Pipe and Tube from Brazil, India, Korea, Mexico, Taiwan, Thailand, and Turkey*, USITC Pub. 4754 at I-12 to I-13 (Jan. 2018) (*ITC Fourth Sunset Final*). Our arguments demonstrating dual-stenciled pipe that by definition meets the specifications of standard pipe is standard pipe are in our brief. *See* Defendant's Response in Opposition to Rule 56.2 Motion for Judgment on Agency Record, at 14, ECF No. 37.

Should the Court have any additional questions, the United States can and will address those questions. We appreciate the Court's thoughtful consideration on this matter.

Respectfully,

In K. Cho
Trial Attorney
Commercial Litigation Branch