# UNITED STATES OF COURT OF INTERNATIONAL TRADE

*Before:* The Honorable Stephen Alexander Vaden, Judge

| | |
|---|---|
| **Saha Thai Steel Pipe Public Company, Limited** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| **United States** | )<br>)    **Court No. 20-00133** |
| Defendant, | )<br>) |
| and | )<br>) |
| **Wheatland Tube Company** | )<br>) |
| Defendant-Intervenor. | )<br>) |

## PLAINTIFFS' COMMENTS IN SUPPORT OF REMAND REDETERMINATION RESULTS

Pursuant to the Court's October 6, 2021 order, ECF No. 54, and the Department of Commerce's ("Commerce") Remand Results filed on January 4, 2022, ECF No. 58, ("Remand Results") we submit these comments in support of the Remand Results on behalf of Plaintiff, Saha Thai Steel Pipe Public Company Limited ("Saha Thai").

The Court's opinion in Slip. Op. 21-135 directed Commerce to "to conduct an analysis that considers the sources listed in 19 C.F.R. § 351.225(k)(1) in assessing whether dual-stenciled pipe falls within the scope of the Thailand Order". *Saha Thai Steel Pipe Public Company Limited v. United States*, Court No. 20-00133, Slip Op. 21-135 (CIT Oct. 6, 2021), ECF 54.

Although Commerce filed its *Remand Results* in respectful protest, it concluded that dual-stenciled standard pipe and line pipe is outside the scope of the *Antidumping Duty Order; Circular Welded Carbon Steel Pipes and Tubes from Thailand*, 51 Fed. Reg. 8341 (March 11, 1986) ("Thailand Order"). Remand Results at 27, ECF No. 58. In its analysis, Commerce considered record sources under 19 CFR 351.225(k) as well as the reasoning, analysis and conclusions of the Court. Remand Results at 1-2, ECF No. 58.

In light of the foregoing, it is Plaintiff's position that Commerce's *Remand Results* comply with the Court's order of October 6, 2021, ECF No. 54. Accordingly, we respectfully request that this Court sustains Commerce's Remand Results.

Respectfully submitted,

/s/ Daniel L. Porter

Daniel L. Porter
Ana M. Amador Gil
**Curtis, Mallet-Prevost, Colt & Mosle, LLP**
1717 Pennsylvania Ave., NW
Washington, DC 20006
(202) 452-7340
dporter@curtis.com

Dated: February 3, 2022