**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE THE HONORABLE STEPHEN A. VADEN

| | |
|---|---|
| SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant,*<br><br>and<br><br>WHEATLAND TUBE COMPANY,<br><br>*Defendant-Intervenor.* | Court No. 20-00133 |

**NOTICE OF APPEAL**

Notice is hereby given that Wheatland Tube Company, Defendant-Intervenor in the above named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Saha Thai Steel Pipe Public Company Limited v. United States*, Ct. No. 20-00133, Slip Op. 22-99 (Ct. Int'l Trade Aug. 25, 2022), ECF No. 74, and Judgment Order (Ct. Int'l Trade Aug. 25, 2022), ECF No. 76.

Respectfully submitted,

/s/ Luke A. Meisner
Roger B. Schagrin
Luke A. Meisner
SCHAGRIN ASSOCIATES
900 Seventh Street NW, Suite 500
Washington, DC  20001
202-223-1700
rschagrin@schagrinassociates.com
*Counsel to Wheatland Tube Company*

September 2, 2022