# United States Court of Appeals for the Federal Circuit

---

**SAHA THAI STEEL PIPE PUBLIC COMPANY LIMITED,**

*Plaintiff-Appellee*

v.

**UNITED STATES,**

*Defendant*

**WHEATLAND TUBE COMPANY,**

*Defendant-Appellant*

---

2022-2181

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00133-SAV, Judge Stephen A. Vaden.

---

## MANDATE

---

In accordance with the judgment of this Court, entered May 15, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



July 31, 2024
Date

Jarrett B. Perlow
Clerk of Court